187

(No. 75-CC-298— ▮▮▮▮▮▮

UNILINE CORPORATION, A DELAWARE CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed November 12, 1974.*

UNILINE CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-326— ▮▮▮▮▮▮

QUINT CITIES DRUG ABUSE COUNCIL, INC., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed November 12, 1974.*

QUINT CITIES DRUG ABUSE COUNCIL, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.